UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGINIA P. FERGUSON,               )<br>                                                          )<br>       Plaintiff,                              )<br>                                                          )<br>       v.                                          )<br>                                                          )<br>CAROLYN W. COLVIN,                 )<br>Acting Commissioner of Social Security, )<br>                                                          )<br>       Defendant.                           )<br>_____ ) | CASE NO. C12-0470-RSL<br><br>ORDER GRANTING IN PART<br>PLAINTIFF'S MOTION FOR AWARD<br>OF ATTORNEY'S FEES |

The Court has reviewed plaintiff's Motion for Attorney's Fees (Dkt. 22), defendant's opposition thereto (Dkt. 24), and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.   It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's motion is GRANTED in part and DENIED in part.  Plaintiff's attorney fees are reduced by 2.0 hours, and plaintiff is awarded attorney fees in the amount of $7,501.82, and expenses in the amount of $27.32, for a total award of $7,529.14 ; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR AWARD OF ATTORNEY'S FEES
PAGE -1

01      DATED this 12th day of June, 2013.

02

03                                           /s/ Robert S. Lasnik
                                             ROBERT S. LASNIK
04                                           United States District Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR AWARD OF ATTORNEY'S FEES
PAGE -2